# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TIFFANI WELLS,

    Plaintiff,

v.

CREDIT ONE BANK,

    Defendant.

Case No. 2:11-CV-01325-KJD-GWF

**ORDER**

    Before the Court is Defendant Credit One Bank's Motion to Dismiss or to Compel Arbitration (#6). No opposition has been filed.

    Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion." Plaintiff's opposition was due on December 3, 2011. Credit One argues that because the dispute is subject to an arbitration agreement, Plaintiff has failed to demonstrate subject matter jurisdiction. According to Credit One, dismissal for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) is appropriate. The Court finds that this contention has merit.

    Accordingly, **IT IS HEREBY ORDERED** that the Motion to Dismiss (#6) is **GRANTED**.

    DATED this 12th day of December 2011.

_____
Kent J. Dawson
United States District Judge